

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-22-00099-CV

Alfredo Meneses **VELA**,
Appellant

v.

Maria Guadalupe **VELA**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16603CCL
Honorable Christopher G. Nevins, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating that the reporter's record had not been filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. Appellant was ordered to file written proof in this court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Appellant responded with a letter stating that he is indigent and incarcerated. We interpret appellant's response as an affidavit of indigence.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). It does not appear that appellant timely filed an affidavit of indigence with the trial court; however, an untimely, uncontested affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008).

The trial court clerk, court reporter, or any party can file a contest to the affidavit with this court in accordance with Rule 20.1(e) within ten days from the date of this order. *See* TEX. R. APP. P. 20.1(e). If no contest is filed, the affidavit's allegations will be deemed true and the reporter's record will be due thirty days from the date of this order. *See* TEX. R. APP. P. 20.1(f). If a contest is timely filed, this court will issue an appropriate order.

The clerk of this court is **ORDERED** to send a copy of this order and a copy of the appellant's letter response to our prior order to the parties, the trial court clerk, the court reporter, and the trial court judge. *See* TEX. R. APP. P. 20.1(d)(2).

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court